OCTOBER 22, 1962.

No. 13, Original.   TEXAS *v.* NEW JERSEY ET AL.   The motion for leave to file bill of complaint is granted and the State of New Jersey is allowed sixty days to answer. *Will Wilson,* Attorney General of Texas, and *Henry G.*

*Braswell,* Assistant Attorney General, for plaintiff. *Arthur J. Sills,* Attorney General of New Jersey, *Theodore I. Botter,* Assistant Attorney General, and *Charles J. Kehoe,* Deputy Attorney General, for the State of New Jersey; *David Stahl,* Attorney General of Pennsylvania, and *Jack M. Cohen,* Deputy Attorney General, for the Commonwealth of Pennsylvania; and *Henry A. Frye* for Sun Oil Co., defendants.   [For earlier orders herein, see 369 U. S. 869 and 370 U. S. 929.]